# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-08-00502-CR
NO. 03-08-00503-CR
NO. 03-08-00504-CR

**Corey Williams, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
NOS. CR22033, CR22056, & CR22081, HONORABLE ED MAGRE, JUDGE PRESIDING**

# M E M O R A N D U M   O P I N I O N

Appellant Corey Williams was adjudged guilty by the district court after he pleaded guilty to indictments accusing him of possessing less than one gram of phencyclidine (CR22033), possessing more than one gram but less than four grams of methamphetamine (CR22081), and forging a check (CR22056). *See* Tex. Health & Safety Code Ann. § 481.115 (West 2003), Tex. Penal Code Ann. § 32.21 (West Supp. 2008). The court assessed punishment in each cause at ten years' imprisonment and ordered that the sentences run concurrently.[1]

---

[1] The sentences in cause numbers CR22033 and CR22056 were enhanced by two previous felony convictions. *See* Tex. Penal Code Ann. § 12.42(a)(2) (West Supp. 2008). The sentence in cause number CR22081 was enhanced by one previous felony conviction. *See id*. § 12.42(a)(3).

Appellant's court-appointed attorney has filed a motion to withdraw in each appeal. The motions are supported by briefs concluding that the appeals are frivolous and without merit. The briefs meet the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the records demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Appellant received a copy of counsel's briefs and was advised of his right to examine the appellate records and to file a pro se brief. No pro se brief has been filed.

We have reviewed the records and counsel's briefs and agree that the appeals are frivolous and without merit. We find nothing in the records that might arguably support the appeals. Counsel's motions to withdraw are granted.

The judgments of conviction are affirmed.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Affirmed

Filed:  February 10, 2009

Do Not Publish